UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62492-CIV-COHN

Magistrate Judge Seltzer

ANGELA DIPILATO, individually,

    Plaintiff,

vs.

RUDD & DIAMOND, P.A., a Florida
corporation, PETER A. DIAMOND, individually,
MICHAEL RUDD, individually, OCEAN 4660, LLC,
a Florida limited liability company, COMERICA
BANK, a Michigan corporation, and
REMO POLSELLI, individually,

    Defendants.
_____/

## FINAL JUDGMENT ON PLEADINGS

**THIS CAUSE** is before the Court upon the separately entered order granting Defendants Ocean 4660, LLC and Remo Polselli's Motion for Judgment on the Pleadings.  Accordingly it is **ORDERED AND ADJUDGED** that Judgment on the pleadings is hereby entered on behalf of Ocean 4660, LLC and Remo Polselli, and against the Plaintiff, Angela Dipilato, and Plaintiff shall take nothing from Defendants Ocean 4660, LLC and Remo Polselli in this action.  The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of December, 2011.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:
Angela DiPilato, pro se (via CM/ECF regular mail)

counsel of record on CM/ECF